# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Tyler Delorme, depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since July 2017. I am currently assigned to the FBI's Boston Division/ Bedford, New Hampshire (NH) office. Over my career, I have investigated and assisted investigations of threats, robberies, burglaries, larcenies, assaults, and murders. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants.

2. The information set forth in this affidavit is based on my personal participation in this investigation, as well as my training and experience, and information received from other law enforcement officers. I have not set forth every detail I or other law enforcement agents know about this investigation but have set forth facts that I believe are sufficient to evaluate probable cause for the issuance of the requested complaint.

3. I submit the facts below to establish probable cause to believe that Keith BERGSTROM has committed the crime of threatening communications in violation of 18 U.S.C. § 875(c).

## RELEVANT LAW

4. Title 18, United States Code, Section 875(c), provides in relevant part that "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

PROBABLE CAUSE

5. On December 22, 2025, the FBI was contacted by United States Department of Agriculture (USDA) regarding threats that were made to a USDA Special Agent they received on December 20, 2025, from Keith BERGSTROM (hereinafter, "BERGSTROM"), a 40-year-old male currently located near the Mojave Desert at or near the borders of California, Nevada, and Arizona.

6. BERGSTROM is a former employee of the USDA. He was fired for cause and has been acting out against the agency ever since. BERGSTROM had three orders of protection taken out against him by employees of the USDA. The victim in the case, "T.B.," was the OIG investigator assigned to BERGSTROM's case. BERGSTROM appears to blame T.B. for, among other things, blocking BERGSTROM's emails.

7. On December 20, 2025, BERGSTROM sent out several threatening emails from his email address, keithbe00@gmail.com, to several media outlets, law enforcement departments and several USDA employees.

8. Based on facts alleged in the body of emails, including those related to his work history at USDA, and a screenshot of an email from a USDA employee to a "Mr. Bergstrom," I believe that the author of these emails and owner/operator of the email address is in fact BERGSTROM.

9. These are some of the emails that were sent:

*"[T.B.] OYG investigator in Salem, New Hampshire is going to fucking die for blocking my fucking emails and having me fucked with every fucking state I go to and ignoring fucking crimes that he is sworn to fucking do something about"*

*"I'm not figuratively talking about ripping your throat out booty. I am talking about punching you in the face until you are a bloody pulp dead not breathing laying there lifeless I am going to beat the fucking daylights out of you until you are no longer breathing you fucking piece of shit."*

*"You can't look the other way when I'm making fucking threats against the fucking government official you can't look the other way when I'm making fucking death threats against a law-enforcement person you're just going to look the other way you can't be that much of Fucking coward fucking lock me up for saying I'm going to kill this piece of shit…You blocking my emails to the fucking media… This is one way to find out, arrest me for saying I'm going to kill this piece of shit and if you don't and I actually fucking do it then it's definitely on you"*

*"Jesus Jesus Christ, if you fucking coward pieces of shit, don't arrest me for outright fucking telling you that I am going to fucking kill [T.B.] then what the fuck are you doing?"*

*"I have a week left at this campground. It takes me 2 1/2 days three days to get back to New Hampshire and I'm going to kill [T.B.]"*

10. T.B. is concerned about the safety of himself, his family, and also the safety of other USDA employees. BERGSTROM was involuntarily committed to the hospital in January 2025. He was released the next day and allowed to return home. BERGSTROM blames T.B. and the Manchester police department for him being involuntarily committed and this has added towards his anger towards T.B.

11. These emails were sent to T.B.'s work email address. T.B.'s primary work office is in Salem, New Hampshire. The emails were also sent to email addresses associated with the New Hampshire Attorney General's Office, the New Hampshire Governor's Office, the New Hampshire State Police, WMUR, and the Rockingham New Hampshire County Attorney.

## CONCLUSION

12. Based on the foregoing, I submit that there is probable cause to believe that BERGSTROM made the above-referenced threat in interstate or foreign communication, in violation of 18 U.S.C. § 875(c). I respectfully request that an arrest warrant be issued.

/s/ Tyler Delorme
Tyler Delorme, Special Agent
Federal Bureau of Investigation

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit.

HON. ANDREA JOHNSTONE
United States Magistrate Judge
December 22, 2025