UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 1:26-cr-61-SE-AJ-01 |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH BERGSTROM | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE
Interstate Threatening Communication
18 U.S.C. § 875(c)

On or about December 20, 2025, in the District of New Hampshire and elsewhere, the

defendant

KEITH BERGSTROM

knowingly and willfully transmitted in interstate and foreign commerce an electronic

communication that contained a threat to injure T.B., specifically, by sending an email message

that stated, "I have a week left at this campground. It takes me 2 1/2 three days to get back to

New Hampshire and I'm going to kill [T.B.]. That is homicidal criminal threatening you better

fucking arrest me before it fucking happens," in violation of Title 18, United States Code,

Section 875(c).

COUNT TWO
Interstate Threatening Communication
18 U.S.C. § 875(c)

On or about December 21, 2025, in the District of New Hampshire and elsewhere, the

defendant

KEITH BERGSTROM

knowingly and willfully transmitted in interstate and foreign commerce an electronic

communication that contained a threat to injure T.B., specifically, by sending an email message

that stated, "I am going to beat the fucking daylights out of you until you are no longer breathing

you fucking piece of shit," in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

Dated:  August 5, 2026

/s/ Foreperson
FOREPERSON

ERIN CREEGAN
UNITED STATES ATTORNEY

/s/ M. Yasir Sadat
By:   M. Yasir Sadat
Assistant U.S. Attorney

2